# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:24-cv-00226-RJC-SCR

| | |
|---|---|
| **ESTEBAN ARAUJO GUZMAN,** | ) |
| Petitioner, | ) |
| v. | ) |
| **BEGE ANDREINA KATTA BRAZON,** | ) **ORDER FOR RESOLUTION OF** |
| | ) **THE RETURN OF CHILD** |
| Respondent. | ) |

**THIS MATTER** comes before the Court on the parties' Joint Proposal for Child's Return. (Doc. No. 22). On April 26, 2024, the Court ordered the parties to confer and file a joint proposal detailing the manner and means by which the minor child, M.K.A., will be safely and expeditiously returned to Peru or informing the Court of their failure to reach an agreement. (Doc. No. 20). The parties filed their Joint Proposal for Child's Return on May 3, 2024, detailing the manner and means by which M.K.A. will be safely and expeditiously returned to Peru. (Doc. No. 22). The Court hereby adopts the parties' joint proposal.

**IT IS, THEREFORE, ORDERED** that:

(1) The Petitioner will travel to Charlotte, North Carolina, and meet the Respondent and M.K.A. as quickly as possible, but no later than May 22, 2024. The Petitioner will provide Respondent with flight details at least seven days in advance of travel;

(2) Petitioner and Respondent will meet at a public location (if they

1

cannot agree, then at the security gate for Charlotte Douglas International Airport) to exchange M.K.A. Either party may have a third-party present to monitor the exchange;

(3) Petitioner will purchase M.K.A.'s return ticket to Lima, Peru, at his expense, and will accompany M.K.A. the entire trip;

(4) At least 72 hours prior to departure, Respondent will turn over M.K.A.'s original documentation (including DNI card, birth certificate, and passport) via her attorney's office, to then be provided to Petitioner's attorney's office. Petitioner will retrieve these documents directly from his attorney;

(5) M.K.A. will return to Petitioner's home at the conclusion of the trip;

(6) Respondent may travel to Peru at her election, and may use the credit she has available via Copa Airlines from her prior-planned return trip in August, 2023. Petitioner will provide Respondent with any details needed for Respondent to utilize this credit, including the reservation number;

(7) Petitioner's counsel will communicate with the State Department to provide details regarding M.K.A.'s return, who will then in turn notify the Peruvian Central Authority of the same.

Signed: May 7, 2024

_____
Robert J. Conrad, Jr.
United States District Judge